IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rivera, Maria

Printed: 11/25/08

Case Number: 04 B 21904
Judge: Wedoff, Eugene R
Filed: 6/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 16, 2008
Confirmed: August 12, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 20,865.41 |  |
| Secured: |  | 2,081.63 |
| Unsecured: |  | 14,168.13 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,125.24 |
| Other Funds: |  | 790.41 |
| Totals: | 20,865.41 | 20,865.41 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 2,081.63 | 2,081.63 |
| 4. | US Bank | Unsecured | 450.00 | 450.00 |
| 5. | ECast Settlement Corp | Unsecured | 2,404.80 | 3,215.29 |
| 6. | Capital One | Unsecured | 1,030.63 | 1,377.98 |
| 7. | Cavalry Portfolio Services | Unsecured | 4,491.44 | 6,005.23 |
| 8. | RoundUp Funding LLC | Unsecured | 131.85 | 176.29 |
| 9. | Nicor Gas | Unsecured | 429.50 | 574.26 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 1,771.89 | 2,369.08 |
| 11. | Citibank | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,491.74 | $ 18,949.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 260.14 |
| 4% | 23.57 |
| 3% | 16.88 |
| 5.5% | 4.19 |
| 5% | 1.89 |
| 4.8% | 2.72 |
| 5.4% | 815.85 |
|  | $ 1,125.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Rivera, Maria

Printed: 11/25/08

Case Number: 04 B 21904
Judge: Wedoff, Eugene R
Filed: 6/8/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

